# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | MC 19-175 JAK (FFMx) | Date | October 2, 2019 |
|---|---|---|---|
| Title | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. KAISER FOUNDATION HOSPITALS | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING HEARING DATE**

On September 17, 2019, petitioner U.S. Equal Employment Opportunity Commission (the "EEOC") filed an Application For Order To Show Cause Why Its Subpoena Should Not Be Enforced (the "application") (Docket No. 1). The application seeks compliance with a subpoena *duces tecum* (the "subpoena") requesting various documents and information the EEOC seeks as part of its investigation of a charge of unlawful employment practices filed against respondent, Kaiser Foundation Hospitals ("Respondent"). (*See* Docket No. 1 ¶¶ 1, 6.)

The Court hereby sets a hearing on this matter for November 5, 2019, at 10:00 a.m. in Courtroom 580 of the Roybal Federal Building, located at 255 E. Temple St., Los Angeles, CA 90012. Respondent shall either provide the EEOC with the documents sought in the subpoena or oppose the application no later than October 22, 2019. If respondent opposes the application, the EEOC shall file a reply to the opposition within seven (7) days after service thereof.

Furthermore, the Clerk shall mail a copy of this Order, the EEOC's application (Docket No. 1) to respondent.

|  | : |
|---|---|
| Initials of Preparer | JM |