# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KAISER FOUNDATION HOSPITALS,<br><br>　　　　Respondent. | No. 2:19-mc-00175-JAK-FFM<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the attached Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

IT IS ORDERED that, within 21 days of this order's date, Kaiser Foundation Hospitals must comply with Subpoena Request No. 2; provided, however, the response is limited to current and former employees of the Central Refill Pharmacy and other pharmacy operations or departments at 9521 Dalen Street who either worked during the shifts that the Pharmacist worked or are (or were) female employees from the 9521 Dalen Street facility who submitted a claim of sexual harassment during the relevant

1 | period, i.e., January 1, 2017 to the present.
2 | It is So Ordered.

4 | DATED: January 3, 2020

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE